IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHARD ROMERO, JR. | § | CASE NO. 03-10064 |
| xxx-xx-7577 | § | CHAPTER 7 |
| DANA ROMERO | § | |
| xxx-xx-9375 | § | |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW, STEPHEN J. ZAYLER, the duly appointed Trustee in the above captioned proceeding, and would respectfully show the Court as follows:

1. The final distribution under *11 U.S.C. Section 726*, was made in this proceeding. The names of the person to whom unnegotiated distribution checks were issued, the amount of such checks and their last known addresses are:

| | |
|---|---|
| ABS Foods | $ 5,880.75 |
| P. O. Box 41027 | |
| Houston, TX 77241-1027 | |
| | |
| Total | $ 5,880.75 |

Check was issued to above address and returned back to our office. After further investigation, it appears that ABS Foods' charter was cancelled on March 13, 2006 and is no longer in business.

2. Trustee's check for $5,880.75 payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this proceeding, except to file Trustee's Distribution Report.

DATED this the 15th day of April, 2010.

_____
Stephen J. Zayler, Trustee

Receipt # 1000135

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded to the following by depositing the same in the United States Mail on this the 15th day of April, 2010:

United States Trustee
300 Plaza Tower
110 N. College
Tyler, TX  75702

William Rodney Price
510 North Main
Vidor, TX  77662

ABS Foods
PO Box 44238
Jacksonville, FL  32231

Mr. Peter Pratt
Attorney at Law
1800 Bering Drive, Ste 315
Houston, TX  77057

Richard Romero, Jr.
Dana Romero
4760 Ashdown Street
Beaumont, TX  77706-7750

_____
Stephen J. Zayler